IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAMMY PIERCE, ) | Case No. 10-2402 SC |
| ) | |
| Plaintiff, ) | ORDER CONTINUING HEARING ON |
| v. ) | MOTION TO WITHDRAW; ORDER |
| ) | <u>TO SHOW CAUSE</u> |
| DIVERSIFIED COLLECTIVE SERVICES, ) | |
| INC., ) | |
| ) | |
| Defendant. ) | |
| ) | |

    Now before the Court is the Motion to Withdraw filed by Plaintiff's counsel, Krohn & Moss, Ltd. ECF No. 9 ("Mot. to Withdraw"). Krohn & Moss, Ltd. have been unable to communicate with Plaintiff Tammy Pierce ("Plaintiff") despite repeated attempts to do so. The Court hereby CONTINUES the hearing on the Motion to Withdraw until December 17, 2010.

    Plaintiff's Complaint was filed on May 28, 2010. A summons was issued and returned executed, but there have been no other developments in this case since May 2010. Therefore, the Court now requires Plaintiff to show cause why her case should not be dismissed for failure to prosecute.

    The show-cause hearing is scheduled for December 17, 2010 at 10:00 a.m. in Courtroom 1, on the 17th floor, U.S. Courthouse, 450 Golden Gate Avenue, San Francisco, CA 94102. Plaintiff shall appear personally or hire new counsel to appear on her behalf.

Failure to appear on that date will result in dismissal of Plaintiff's case. Krohn & Moss, Ltd. must also appear at the Decemeber 17, 2010 hearing so that the Court can rule on the Motion to Withdraw if Plaintiff or her new counsel appears.

Krohn & Moss, Ltd. is required to send, by certified mail, a copy of this Order to Plaintiff Tammy Pierce at her last known address of: 46 Willie Foster Road, Hazlehurst, Georgia, 31539. Krohn & Moss, Ltd. shall file a Proof of Service no later than five (5) days from the date of this Order.

IT IS SO ORDERED.

Dated: December 3, 2010

_____
UNITED STATES DISTRICT JUDGE

2